Matter of Miller (2025 NY Slip Op 07083)

Matter of Miller

2025 NY Slip Op 07083

Decided on December 18, 2025

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 18, 2025

No. 131 

[*1]In the Matter of the Hon. David M. Miller, a Justice of the Wolcott Village Court, Wayne County.

On the Court's own motion, it is determined that Honorable David M. Miller is suspended with pay, effective immediately, from the office of Justice of the Wolcott Village Court, Wayne County, pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44 (8).
Chief Judge Wilson and Judges Garcia, Singas, Cannataro, Troutman and Halligan concur. Judge Rivera took no part.
Decided December 18, 2025